IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SERGIO EDUARDO RAMIREZ GARCIA, | § § | |
| Movant, | § § | |
| v. | § | No. 3:20-CV-3068-D |
| | § | |
| UNITED STATES OF AMERICA, | § § | |
| Respondent. | § | |

### ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge, the court finds that the findings and recommendation of the magistrate judge are correct, and they are adopted as the findings, conclusions, and recommendation of the court.

It is, therefore, ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted. To the extent a certificate of appealability is necessary, it is denied.

**SO ORDERED**.

November 17, 2020.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE